**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| M.H., et. al., | : |
| | : |
| | : **Civil Action No. 2:20-cv-11294-KM-JBC** |
| *Plaintiff*, | : |
| | : |
| v. | : **NOTICE OF APPEARANCE** |
| | : |
| OMEGLE.COM, LLC, | : |
| | : |
| | : |
| *Defendant*. | |

To: The Clerk of the Court and All Parties of Record:

   Please enter my appearance for Defendant, Omegle.com, LLC, in the above-captioned matter.

   I hereby certify that I am a member in good standing of the Bar of this Court.

                                            **TRIMBOLI & PRUSINOWSKI, LLC**

                                            *s/James Prusinowski*
                                            James T. Prusinowski, Esq.(JP0729)
                                            jprusinowski@trimprulaw.com
                                            268 South Street
                                            Morristown, NJ 07960
                                            Tel. (973) 660-1095
                                            Fax (973) 349-1307
                                            *Attorneys for Defendant*

Dated: October 20, 2020