**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M.H., et. al., *Plaintiff,* v. OMEGLE.COM, LLC, *Defendant.* | Civil Action No. 2:20-cv-1129-KM-JBC <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant, Omegle.com, may move, answer, or otherwise respond to the Complaint is hereby extended up to and including November 20, 2020.

There has been no previous request for extension of time in connection with this matter.

**TRIMBOLI & PRUSINOWSKI, LLC**

s/*James Prusinowski*
James T. Prusinowski, Esq. (JP0729)
jprusinowski@trimprulaw.com
268 South Street
Morristown, NJ 07960
*Attorneys for Defendant*

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

s/*Hillary Nappi*
Hillary Nappi, Esq.
hnappi@hrsclaw.com
112 Madison Avenue, 10th Floor
New York, NY 10016
*Attorneys for Plaintiff*

Dated: October 20, 2020