UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H., et. al, <br><br> Plaintiffs, <br><br> v. <br><br> Omegle.com, LLC, <br><br> Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC <br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF VENKAT BALASUBRAMANI, ESQ. AND STACIA N. LAY, ESQ.** |

**TO:**  Hillary M. Nappi
HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on December 7, 2020, Defendant Omegle.com, LLC, by and through its attorneys Trimboli and Prusinowski, LLC, will move before the United States District Court, District of New Jersey, for an Order granting admission *pro hac vice* to Venkat Balasubramani, Esq. and Stacia N. Lay, Esq., each of the law firm of Focal PLLC.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Defendant will rely upon the Certifications of Venkat Balasubramani and Stacia N.

Lay that accompany this Notice

Dated: November 13, 2020          _s/James T. Prusinowski_____
James T. Prusinowski (0729)
jprusinowski@trimprulaw.com
**TRIMBOLI & PRUSINOWSKI, LLC**
268 South Street
Morristown, NJ 07960
Tel: 973-660-1095
Fax: 973-349-1307
*Attorneys for Defendant*