**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

M.H., et. al,

                    Plaintiffs,

          v.

Omegle.com, LLC,

                    Defendant.

Civil Action No. 2:20-cv-11294-KM-JBC

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

          Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.    An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.    The admission has been granted; and

3.    The admission fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: November 18, 2020       s/James Prusinowski

                                     James T. Prusinowski (0729)
                                       jprusinowski@trimprulaw.com
                                       **TRIMBOLI & PRUSINOWSKI, LLC**
                                       268 South Street
                                       Morristown, NJ 07960
                                       Tel: 973-660-1095
                                       Fax: 973-349-1307
                                       *Attorneys for Defendant*

PRO HAC VICE ATTORNEY INFORMATION:

Stacia N. Lay, Esq.
stacia@focallaw.com
focal PLLC
900 1st Avenue
Suite 201
Seattle, WA 98134