UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC <br><br> **Motion Return Date: December 21, 2020** |

**[PROPOSED] ORDER GRANTING DEFENDANT OMEGLE.COM, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**THIS MATTER** having been opened to the Court by Trimboli & Prusinowski, LLC, James T. Prusinowski, a New Jersey attorney appearing, and Focal PLLC, Stacia N. Lay and Venkat Balasubramani, Washington attorneys admitted *pro hac vice* appearing, counsel for Defendant Omegle.com, LLC ("Omegle"), for an Order dismissing, pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(6), the Complaint (Dkt. 1) filed in this action, and the Court having considered the papers submitted by the parties, and for good cause appearing:

IT IS on this ___ day of _____, 20__

**ORDERED** that Omegle's Motion to Dismiss be and hereby is **GRANTED**; and it is further

1

2

**ORDERED** that all claims in the Complaint against Omegle be and hereby are **DISMISSED WITH PREJUDICE**.

_____
Hon. Kevin McNulty, U.S.D.J.