# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>      Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>      Defendant | Case No. 2:20-cv-11294-KM-JBC |

## NOTICE OF APPEARANCE

Please enter the appearance of Frank R. Schirripa, Esq. as attorney for the Plaintiffs, the M.H. and J.H, on behalf of their minor child, C.H.., in connection with the above-captioned matter:

Dated: November 20, 2020

  /s/ *Frank R. Schirripa*
  Frank R. Schirripa
  HACH ROSE SCHIRRIPA & CHEVERIE LLP
  112 Madison Avenue, 10th Floor
  New York, New York 10016
  Tel.: (212) 213-8311
  Fax: (212) 779-0057
  fschirripa@hrsclaw.com

  *Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2020, I caused the foregoing **Notice of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

     /s/ *Frank R. Schirripa*
     Frank R. Schirripa