UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 12/11/2020**

M.H., et. al.,

    Plaintiff,

v.

OMEGLE.COM, LLC,

    Defendant.

Civil Action No.
2:20-cv-1129-KM-JBC

STIPULATION EXTENDING TIME
TO RESPOND TO MOTION TO
DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the Motion to Dismiss which was filed on November 20, 2020 shall be made returnable on January 19, 2021; and

Plaintiff's opposition papers shall be filed with the Court on January 4, 2021; and

Defendant's Reply, if any, will be filed with the Court on January 12, 2021.

TRIMBOLI & PRUSINOWSKI, LLC

_/s/ James T. Prusinowski_
James T. Prusinowski, Esq.
(JP0729)
jprusinowski@trimprulaw.com
268 South Street
Morristown, NJ 07960
Attorneys for Defendant

Dated: December 10, 2020

HACH ROSE SCHIRRIPA & CHEVERIE, LLP

_/s/ Hillary Nappi_
Hillary Nappi, Esq.
hnappi@hrsclaw.com
112 Madison Avenue, 10th Floor
New York, NY 10016
Attorneys for Plaintiff