UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child, C.H.,<br><br>   Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>   Defendant | **Civil No. 2:20-cv-11294** |

### DECLARATION OF HILLARY NAPPI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Hillary Nappi, hereby declare and state under penalty of perjury:

1. I am member of the Bar of this Court and an associate with the law firm of Hach Rose Schirripa & Cheverie, LLP, attorneys for the Plaintiffs. I am familiar with all of the facts and circumstances of this action.  I submit this Declaration in Support of Plaintiffs' Opposition to Defendant's Motions to Dismiss

2. Attached hereto as **Exhibit A** is a true and correct copy of the STIPULATED ORDER FOR CIVIL PENALTIES, PERMANENT INJUNCTION, AND OTHER RELIEF entered into in United States v. MUSICAL.LY, Case No. 2:19-cv-01439-ODW (RAO), dated March 27, 2019.

Dated:  New York, New York
   January 5, 2020

     HACH ROSE SCHIRRIPA & CHEVERIE, LLP

      By: _/s/ Hillary Nappi_____

       Hillary Nappi
       112 Madison Avenue, 10th Floor
       New York, NY 10016
       Telephone: (212) 213-8311

Facsimile: (212) 779-0028

*Counsel for Plaintiff*